ORDER
Appellants/cross-appellees filed a petition for rehearing and rehearing en banc. Appellees/cross-appellants filed a response in opposition to the petition. A member of the Court requested a poll on the petition for rehearing en banc. The poll failed to produce a majority of the judges in active service in favor of rehearing en banc. Judges Wilkinson and Shedd voted to grant rehearing en banc. Chief Judge Williams and Judges Niemeyer, Michael, *99 Motz, Traxler, King, and Duncan voted to deny rehearing en banc. Judge Gregory did not participate in any consideration of this case.
The Court denies the petition for rehearing and rehearing en banc. Judge Wilkinson filed an opinion dissenting from the denial of rehearing en banc.
Entered at the direction of Senior Judge Wilkins for the Court.